

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ricardo Alberto Medina,                    * From the County Court at Law No. 2
                                             of Midland County,
                                             Trial Court No. CR-175,820.

Vs. No. 11-23-00223-CR                     * October 23, 2025

The State of Texas,                        * Memorandum Opinion by Bailey, C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the amended bill of costs to delete the $2,000 fine assessed by the trial court and the $100 "non suspension fine." As modified, we affirm the judgment of the trial court.